UNITED STATES DISTRICT COURT OF
THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALAN ENGLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:09CV408 |
| ) | |
| GAF MATERIALS CORP. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW APPEARANCE**

Plaintiff, by counsel, respectfully moves this court to remove the name of Kevin M. Toth as serving as counsel for plaintiff in this matter.

Kevin Toth is no longer associated with the law firm of Foley & Small and is now practicing with another law firm. Edmond W. Foley will be proceeding with the representation of plaintiff in this matter.

Respectfully submitted,

FOLEY & SMALL

/s/Edmond W. Foley
Edmond W. Foley (#8525-71)
1002 East Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Attorneys for the Plaintiff