UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALAN ENGLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:09-CV-408 WCL |
| v. | ) |
| | ) |
| GAF MATERIALS CORPORATION | ) |
| | ) |
| Defendant. | ) |

ORDER

The Court has been advised by counsel that this action may be removed from the Court's Calendar and docket.

IT IS ORDERED that this action is dismissed without prejudice, costs paid. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown. If the parties stipulate that this cause may be dismissed with prejudice the Court will so order.

Enter: March 22, 2011

                                                                        S/William C. Lee
                                                                        William C. Lee, Judge
                                                                        United States District Court